**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGHAGOL JALALI, LADAN SANJANI, | No. C 16-05665 WHA |
| Plaintiffs, | |
| v. | |
| DEPUY ORTHOPAEDICS INC., *et al.*, | **ORDER DENYING AS MOOT STIPULATED REQUEST FOR STAY** |
| Defendants. | |

In light of the conditional transfer order issued by the MDL panel, the parties stipulated request for a stay is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: October 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE